UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

WILLIAM E. ROCKEFELLER,

                Plaintiff,

-against-

METRO-NORTH COMMUTER RAILROAD,

                Defendant.
------------------------------------------------------------X

& ORDER

**STIPULATION OF VOLUNTARY DISMISSAL**

Index No. 16 CV 9267 (VB) (PED)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby agree and stipulate as follows:

1. Plaintiff hereby dismisses with prejudice all claims against Defendant, each party to bear its own attorney's fees and costs.

2. Defendant hereby dismisses with prejudice all claims against Plaintiff, each party to bear its own attorney's fees and costs.

Dated:  New York, New York
          July 26, 2019

Maurer Law Firm, PLLC

By: _____
    Ira Maurer
    Attorney for Plaintiff
    300 Westage Business Center Dr., Ste 360
    Fishkill, NY 12524
    (845) 896-5295

Landman Corsi Ballaine & Ford P.C.

By: _____
    Andrew P. Keaveney
    Attorneys for Defendant
    120 Broadway, 13th Floor
    New York, NY 10271-0079
    (212) 238-4800

SO ORDERED:

_____  7/29/19
U.S.D.J.

4852-2766-1725v.2